1

2

3

4

5

6

7

8 # UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 TRAVON SUMMERS,

Case No.  1:23-cv-00362-BAM (PC)

12 Plaintiff,

ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* WITHOUT

13 v.

PREJUDICE
(ECF No. 2)

14 PFEIFFER,

ORDER TO SUBMIT **PRISONER**

15 Defendant.

APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE

16

17

**THIRTY (30) DAY DEADLINE**

18     Plaintiff Travon Summers ("Plaintiff") is a state prisoner proceeding *pro se* in this civil

19 rights action under 42 U.S.C. § 1983.  Plaintiff initiated this action on March 10, 2023, (ECF No.

20 1), together with a declaration in support of request to proceed *in forma pauperis* and a certified

21 copy of his inmate trust account statement, (ECF No. 2).

22     Plaintiff's complaint indicates that Plaintiff was in custody at the time this action was

23 filed.  However, Plaintiff's declaration in support of his request does not contain a signed

24 authorization permitting withdrawals from his inmate trust account.  Therefore, Plaintiff has

25 completed the wrong version of the *in forma pauperis* application.  Plaintiff must submit the

26 correct form, completed and signed, if he wishes for his application to be considered.  Plaintiff is

27 **<u>not</u>** required to submit a new copy of his inmate trust account statement.

28 ///

1

1    Accordingly, IT IS HEREBY ORDERED as follows:

2    1.    Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 2), is DENIED, without

3          prejudice;

4    2.    The Clerk of the Court is directed to serve this order and a **prisoner** application to

5          proceed *in forma pauperis* on Plaintiff;

6    3.    Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the

7          attached application to proceed *in forma pauperis* for a prisoner, completed and

8          signed, or in the alternative, pay the $402.00 filing fee for this action; and

9    4.    **Plaintiff is warned that the failure to comply with this order will result in**

10         **dismissal of this action, without prejudice.**

11

IT IS SO ORDERED.

12

13   Dated:    **March 13, 2023**                    /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE
14