**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVON SUMMERS,<br><br>  Plaintiff,<br><br>  v.<br><br>PFEIFFER,<br><br>  Defendant. | No. 1:23-cv-0362 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(Doc. 11) |

The assigned magistrate judge issued an order finding that "Plaintiff's complaint fails to comply with Federal Rules of Civil Procedure 8, 18 and 20 and fails to state a cognizable claim under 42 U.S.C. § 1983." (Doc. 9 at 3; *see also id.* at 3-8.) The magistrate judge directed Plaintiff to file an amended complaint to cure the identified deficiencies within 30 days and cautioned him that if he failed to do so, "the Court will recommend dismissal of this action, with prejudice, for failure to obey a court order and for failure to state a claim." (*Id.* at 9, emphasis omitted.) Plaintiff did not file an amended complaint or otherwise communicate with the Court.

Consequently, the magistrate judge issued Findings and Recommendations recommending dismissal of this action, with prejudice, for failure to state a claim pursuant to 28 U.S.C. § 1915A, failure to obey a court order, and failure to prosecute. (Doc. 11.) The Court served the Findings and Recommendations on Plaintiff the same date and notified him that any objections thereto were to be filed within 14 days after service. (*Id.* at 10.) In addition, the Court advised him that

the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014), *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  Plaintiff has not filed objections, and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

   1. The Findings and Recommendations issued on July 11, 2023 (Doc. 11), are **ADOPTED** in full.
   2. This action is **DISMISSED** with prejudice, due to Plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute.
   3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 9, 2023**

UNITED STATES DISTRICT JUDGE

2